UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CPB CONTRACTORS PTY LTD.,** | Case No.: 16-cv-5344 YGR |
| Plaintiff, | **ORDER OF RECUSAL** |
| vs. | |
| **CHEVRON CORP.,** *et al.*, | |
| Defendants. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action.  The Clerk of the Court shall reassign the action to another District Judge.

All pending dates are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED**.

Dated: October 4, 2016

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**