1  Stephen V. O'Neal (State Bar No. 95804)
   soneal@jonesday.com
2  Kent W. Lindsay (State Bar No. 120833)
   klindsay@jonesday.com
3  David L. Wallach (State Bar No. 233432)
   dwallach@JonesDay.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA 94104
   Telephone: (415) 626-3939
6  Facsimile: (415) 875-5700

7  Attorneys for Defendants
   CHEVRON CORPORATION,
8  CHEVRON U.S.A. HOLDINGS, INC.,
   CHEVRON U.S.A. INC.,
9  CHEVRON INVESTMENTS, INC.,
   CHEVRON OVERSEAS CO., and
10 CHEVRON AUSTRALIA PETROLEUM CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CPB CONTRACTORS PTY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION, et al. ,<br><br>Defendants. | **Case No. 16-cv-05344-CW**<br><br>**RE- NOTICE OF DEFENDANTS' MOTION TO STAY AND TO COMPEL ARBITRATION, OR IN THE ALTERNATIVE, TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>Complaint Filed: August 19, 2016<br><br>Date:  November 8, 2016<br>Time:  2:30 p.m. |

# RE-NOTICE OF MOTION

PLEASE TAKE NOTICE that, in accordance of the re-assignment of this matter on October 4, 2016 (ECF No. 33), the hearing of Defendants Chevron Corporation, Chevron U.S.A. Holdings, Inc., Chevron U.S.A. Inc., Chevron Investments, Inc., Chevron Overseas Company, and Chevron Australia Petroleum Company's motion for an order staying this litigation and compelling arbitration or, in the alternative, dismissing the Complaint with prejudice, previously noticed for 9:30 a.m. on November 4, 2016 in Courtroom G, 450 Golden Gate Avenue, San Francisco, California, is hereby re-noticed for 2:30 p.m. on November 8, 2016, before the Honorable Claudia Wilken, in Courtroom 2, 1301 Clay Street, Oakland, California.

Dated: October 7, 2016

Respectfully submitted,

Jones Day

By: */s/ Stephen V. O'Neal*
    STEPHEN V. O'NEAL
    KENT W. LINDSAY
    DAVID L. WALLACH

Counsel for Defendants